USDC SCAN INDEX SHEET

















CGL    11/29/05    14:26

3:05-CR-02137    USA V. CUNNINGHAM

*3*

*CRFTAPMO.*



# Minutes of the United States District Court
## Southern District of California
### Monday, November 28, 2005

**For the Honorable:**   Larry Alan Burns   District Judge

**Deputy Clerk:**   T. Washam   **Court Reporter/ECR:**   Eva Oemick

**On Calendar:**

05cr2137-LAB
USA VS. RANDALL HAROLD CUNNINGHAM

ARR ON INFO
DISPOSITION

AUSA: JASON FORGE
MARK HOLSCHER, PRO HAC VICE (RET)
K. LEE BLALCK, PRO HAC VICE (RET)

**Minutes:**
SURR: 11/28/05
DFT'S FIRST APPEARANCE
DFT ARRAIGNED ON THE INFORMATION
BOND SET $ O/R
DFT FINGERPRINTED AND RELEASED. ABSTRACT TO USM.
FILED PLEA AGREEMENT
CHANGE OF PLEA TO GUILTY TO COUNTS 1 AND 2 OF THE INFORMATION
REFERRED TO PROBATION FOR PRESENTENCE REPORT
PO REPORT AND SENT HRG SET FOR 2/27/06 @ 9:30

Printed:   11/28/2005   12:37 pm

Page 1 of 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 05CR2137-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Randall H. Cunningham | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/28/05__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

__✓__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR

Received _____  by _____
       DUSM                    Deputy Clerk

Crim-9    (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY