USDC SCAN INDEX SHEET










HBH    3/1/06    15:35
3:05-CR-02137    USA V. CUNNINGHAM
*27*
*CRRESP.*

ORIGINAL

CAROL C. LAM
United States Attorney
SANJAY BHANDARI
Assistant U.S. Attorney
California State Bar No. 181920
JASON A. FORGE
Assistant U.S. Attorney
California State Bar No. 181542
PHILLIP L. B. HALPERN
Assistant U.S. Attorney
California State Bar No. 133370

Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7042/7463/5165

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
FEB 28 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Nunc Pro Tunc to 2/27/06

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05cr2137-LAB |
| Plaintiff, | GOVERNMENT'S RESPONSE AND OPPOSITION TO APPLICATION TO SEAL DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT |
| v. | |
| RANDALL HAROLD CUNNINGHAM aka Randy "Duke" Cunningham, | |
| Defendant. | Hearing Date: March 3, 2006<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br>Judge: Hon. Larry Alan Burns |

The United States of America, by and through its counsel, Carol C. Lam, United States Attorney, Sanjay Bhandari, Jason A. Forge, and Phillip L. B. Halpern, Assistant United States Attorneys, hereby files its Response and Opposition to defendant Randall Cunningham's Objections to the Presentence Report ("PSR") in the above captioned matter.



## CUNNINGHAM'S OBJECTIONS SHOULD NOT BE SEALED

The sole basis for defendant Cunningham's application to seal his objections to the PSR is his claim that it "contains confidential information pertaining to an ongoing criminal investigation being conducted the (sic) United States government." *See* Cunningham's Application , p. 2. While the United States appreciates defendant's decision to err on the side of caution, having reviewed his objections, there appears to be no reason for the document to be filed under seal. Accordingly, the United States respectfully requests that the Court deny defendant's application to seal.

Dated: February 27, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

SANJAY BHANDARI
Assistant United States Attorney

JASON A. FORGE
Assistant United States Attorney

PHILLIP L. B. HALPERN
Assistant United States Attorney

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05cr2137-LAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| RANDALL HAROLD CUNNINGHAM ) | BY U.S. MAIL |
| aka Randy "Duke" Cunningham ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, ShaKenya Edison, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I have deposited in the United States mail at San Diego, California, a copy of **GOVERNMENT'S RESPONSE AND OPPOSITION TO APPLICATION TO SEAL DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT** addressed to:

**Mark Holscher
Kristina M. Hersey
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899**

**K. Lee Blalack, II
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2006.

SHAKENYA EDISON