USDC SCAN INDEX SHEET










HBH    3/1/06    15:36
3:05-CR-02137    USA V. CUNNINGHAM
*28*
*CRDOGR.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED FEB 2 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Burns
FROM: C Sanchez, Deputy Clerk       RECEIVED DATE: 2/27/06
CASE NO.: 05CR2137 LAB       DOCUMENT FILED BY: USA
CASE TITLE: USA v. Cunningham
DOCUMENT ENTITLED: Government's Response and Opposition to Defendant's Motion for Downward Departure

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☑ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 2/28/06

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may result in penalties pursuant to Local Rule 83.1

LARRY ALAN BURNS
U.S. DISTRICT JUDGE

CHAMBERS OF: _____
Dated: 2/28/06   By: _____