Hon. Larry Alan Burns
United States District Court

NUNC PRO TUNC FILED
JUN 2 5 2010    10 AUG -9 AM 8:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Case # 05 CR 2137-LAB

Your honor, under my Plea agreement and with your Judgement in a Criminal Case you ordered a sentence of 100 months and that I would pay $500.00 restitution while in prison and 1000.00/month upon release. I paid the $500/month for three complete years without missing a single payment. Last December the IRS placed a levy on both my Congressional and Military Retirement in which I nearly died for in service to my country. They took all of my saved retirement from the Navy Federal Credit Union of over $84,000 and have charged interest on the restitution which on Page Five (5) in your Judgement in a Criminal Case was waived. The BOP also takes my Social Security of $2000/month. The little money they leave me after the Levy's also requires me to pay Income tax on the Gross of the two combined retirements. I agreed with and signed your Judgement in a Criminal Case, Page 5, as did the IRS. That part of that sentence came from. I'm requesting that I be held to what your sentence gave me

I would <u>not</u> have signed our agreement if I had known the IRS would renig on that agreement and keep me in poverty for the rest of my life. The IRS has taken everything I have worked for during my nearly 70 years. They have taken over or we have paid over 2.75 million dollars in Assets. Cash, homes, cars, savings and retirement. After 40 years teaching, my wife is living hand to mouth & staying in her 2 bedroom co and mothers home. You can only push a man so far your honor. As one of the most highly decorated veterans in the history of this nation and a lifetime of service yes I made mistakes but does that include killing me and my family.

Encl: Your judgement in a Criminal Case Pages 1-5.

Encl: Liens placed upon my civil service retirement for 686 installments = 57 more years. Documents show you do have jurisdiction and even if not they have violated your agreed upon sentence. End Levy DFAS/mil Retirements

Respectfully
Randall Harold Cunningham

You may not know that both Jason Forge and Phil Halpern lied about not using me in the Wilkes case. I had been coached for two months by them and the Justice Department. I was told that I would be used in the summation of the case & I was positioned outside of the court room ready to testify until you ruled that no one could testify that was not used during the trial. They lied to the jury to you and to the press. It was not my fault that I was not allowed to help. I did so at every request and was made to bear my soul & put onto my knees. Your ruling on Rule 35 was not fair or just. I can't change that now but if I am to live it would honor what you sentenced me to under your JC A.5 would be honored.

Randall H. Campbell

Today I received an email from my brother where THE KGB IRS is now taking my TSA savings. Everything I have left to start a life when I get out. You, they have killed me.



☐ AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR - 3 2006

UNITED STATES OF AMERICA
v.
RANDALL HAROLD CUNNINGHAM

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 05CR2137-LAB

Mark Holscher, Retained and K. Lee Blalack, Pro Hac Vice
Defendant's Attorney

REGISTRATION NO. 94405-198

THE DEFENDANT:
[X] pleaded guilty to count(s)  ONE AND TWO OF THE INFORMATION
[ ] was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371 | Conspiracy to Commit Crimes Against the United States | 1 |
| 26 USC 7201 | Tax Evasion       IRS | 2 |

** See page 5

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ is [ ] are [ ] dismissed on the motion of the United States.

[X] Assessment: $100.00 as to counts 1 and 2 for a total of $200.00

[X] No fine      [X] Property forfeited pursuant to order filed __3/6/06__, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

MARCH 3, 2006
Date of Imposition of Sentence

*Larry A. Burns* (signature)

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

Entered Date: 3-3-06

05CR2137-LAB

DEFENDANT: RANDALL HAROLD CUNNINGHAM
CASE NUMBER: 05CR2137-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

**60 MONTHS AS TO COUNT 1 AND 40 MONTHS AS TO COUNT 2 TO RUN CONSECUTIVELY.**

[x] The court makes the following recommendations to the Bureau of Prisons:

The Bureau of Prisons shall be complete a full medical assessment of the defendant. The defendant shall be housed at the Taft Correctional Facility, if suitable.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ [ ] a.m. [ ] p.m. on _____ .

    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before _____

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _March 15, 2006_ to _FCC Butner BOP_

at _11:40 am_ , with a certified copy of this judgment.

                      UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL

DEFENDANT: RANDALL HAROLD CUNNINGHAM
CASE NUMBER: 05CR2137-LAB

Judgment—Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE YEARS AS TO COUNT 1 AND COUNT 2 TO RUN CONCURRENTLY.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than _____ drug tests per month during the term of supervision, unless otherwise ordered by court.

[X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[x] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[x] Abide by any administrative findings by the tax court or the IRS regarding the tax liability and payment schedule established by the IRS.

[x] Pay all federal income taxes, penalties, and interest lawfully determined to be due and owing for tax years 2000 through 2004.

[x] File truthful, accurate, and complete individual income tax returns in a timely manner.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[x] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[x] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[x] Notify the Collections Unit of the U.S. Attorney's Office and the U.S. Probation Office, before the defendant transfer any interest in property owned directly or indirectly by the defendant.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] Notify the Collections Unit of U.S. Attorney's Office, and U.S. Probation Office, of any interest in property obtained, directly, or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until any fine or restitution orders is paid in full.

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

DEFENDANT:                                                                  Judgment — Page  5  of  5
CASE NUMBER:

## RESTITUTION

The defendant shall pay restitution in the amount of _____$1,804,031.50_____ unto the United States of America.

This sum shall be paid   ___ immediately.
                          _X_ as follows:

Pay restitution in the amount of $1,804,031.50 through the Clerk, U.S. District Court, to the Internal Revenue Service, in the amount specified by the Internal Revenue Service, payable forthwith, or through the Inmate Financial Responsibility Program during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from prison at the rate of $1500.00 per month while in custody. The defendant shall make payments in the amount of $1000.00 commencing release from custody.

*[Handwritten note:]* This is what I Aked TO you $, THE IRS Agreed TO or I never would have signed it

You have just killed one of the most highly decorated veterans in the history of This Nation —
 ⌗ He Boy

The Court has determined that the defendant  does not  have the ability to pay interest. It is ordered that:

_X_  The interest requirement is waived.

___  The interest is modified as follows:



**United States
Office of
Personnel Management** Washington, DC 20415-0001

1/21/2009

CS A 8 289 374
SSN 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

RANDELL H CUNNINGHAM
C/O ROBERT CUNNINGHAM
5009 BRIAR PATH
MIDLAND TX 79707

*Levy c/o service*

Dear RANDELL H CUNNINGHAM :

We have been served with an Internal Revenue Service (IRS), "Notice of Levy" against your Civil Service annuity payments. The total amount of this levy is ######### for the calendar year(s) 2003 & 2004.
$1130540.44

We have taken action to withhold 686 installment(s) of $1647.65 followed by a final installment of $252.54.
This deduction will begin with your annuity payment dated 03/01/2009.

*This does not include my military Retirement*

Each levy served upon the Office of Personnel Management (OPM) contains specific instructions concerning the procedures available to the taxpayer for challenging the levy. You must follow the procedures set out in the instructions to pay the levy, YOU MUST CONTACT THE IRS AGENT whose name and phone appears in the upper right hand corner of the levy. OPM acts only as a collection agent in these matters, we do not have the discretion to review the determination that you owe the debt or the amount that is owed. Even the determination of the installment is specified by the instructions in the levy and the accompanying documentation. IF YOU WISH TO DISCUSS ANY OF THESE ISSUES, YOU MUST DIRECT YOUR INQUIRY TO THE INTERNAL REVENUE SERVICE.

If you obtain a release for the debt, shown on the enclosed levy, the IRS Agent should fax the release to (202) 606-4237 or (202) 606-1640.

Sincerely,

Sharon R. Peterson-Isaac,
Government Claim Specialist
Office of Retirement Programs
(202)606-1310 or (888)767-6738
srpeters@opm.gov

Enclosure Levy

| Form **668-D** (Rev. December 2001) | Department of the Treasury - Internal Revenue Service **Release of Levy/Release of Property from Levy** |
|---|---|
| To<br><br>DEPARTMENT OF THE AIR FORCE - DFAS<br>ATTN: U.S. MILITARY RETIREMENT<br>PO BOX 7130<br>LONDON, KY 40742-7130 | Taxpayer(s)<br>RANDALL H CUNNINGHAM<br>5009 BRIARPATH DR<br>MIDLAND, TX 79707-2609 *Retired*<br><br>*Levy Mil Retired*<br><br>Identifying Number(s)<br>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 |

A notice of levy was served on you and demand was made for the surrender of:

☐ all property, rights to property, money, credits and bank deposits of the taxpayer(s) named above, except as provided in 6332(c) of the Internal Revenue Code--"Special Rule For Banks." See Page 2 regarding this exception.

☒ wages, salary and other income, now owed to or becoming payable to the taxpayer(s) named above.

**The box checked below applies to the levy we served on you.**

## Release of Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits of the taxpayer(s) named above are released from the levy.

☐ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

## Release of Property from Levy

☐ Under the provisions of Internal Revenue Code section 6343, all property, rights to property, money, credits, and bank deposits
☐ greater than  ☐ less than  are released from the levy.

☐ The last payment we received from you was _ dated _. The amount the taxpayer still owes is . When this amount is paid to the Internal Revenue Service, the levy is released. If you sent us a payment after the last payment date shown, subtract that from the amount you send now.

☒ Under the provisions of Internal Revenue Code section 6343, all wages, salary and other income ☒ greater than ☐ less than $1,982.00 each MONTH_ now owed to or becoming payable to the taxpayer(s) named above are released from the levy.

Dated at SAN DIEGO, CA,           March 18, 2009
       (Place)                    (Date)

| Signature<br><br>P. FOWLER  *P Fowler* | Telephone Number<br><br>(619)615-9513 | Title<br><br>REVENUE OFFICER |
|---|---|---|

Part 2 – For Taxpayer                              Form 668-D (DO/CG) (Rev. 12-2001)

provisions, including running insurance exchanges starting in 2014 that will eventually cover about 30 million people.

A number of states with Republican governors have criticized the bill's early provisions. Some states with Democratic governors say they are concerned they can't implement some of the early provisions quickly enough or won't receive enough funding for them.

More broadly, the challenge for the White House is that 50 states could have 50 approaches, making the success of the health overhaul vary depending on where people live.

"I personally think if you have 50 different state programs, you're going to have many different interpretations of the rules and how things operate," said Jerry Ashford, executive director of the Florida Comprehensive Health Association, who runs that state's high-risk pool.

States say they have struggled to get answers from Washington about exactly how to run the pools. Last month, officials from dozens of states sent nine pages of questions to HHS. The chief concern was they weren't sure who would foot the bill if the federal funding ran dry.

"You could have a handful of people that could literally bankrupt the high-risk pool," said Sumi Sousa, special assistant to Democratic California Assembly Speaker John Perez. "What do we do then? The state's broke."

Cecil Bykerk, executive director of high-risk pools in Montana, Iowa and Alaska, said he wasn't sure how much flexibility he had in designing benefits.

HHS spokeswoman Jenny Backus declined to say whether the U.S. would cover losses if the program ran out of money. "I think we need to get the programs up and running before we start speculating," she said.

Ms. Sousa said that California's largest private insurers have said they weren't ready to commit to participating in the pools, in part because it wasn't clear how much risk they would shoulder if the funding ran out.

◆ SOUTHEAST
### Nearly 600 Immigrants With Convictions Arrested

Federal agents arrested 596 immigrants with criminal records during a three-day immigration enforcement sweep across the Southeast.

U.S. Immigration and Customs Enforcement officials said Friday that the operation, dubbed Operation Cross Check, was the largest ever conducted by the agency targeting foreign nationals convicted of crimes. They said the immigrants have already served their sentences, and authorities will now seek to deport them.

Authorities say many of them were in the country legally, but immigration officials targeted them because they are likely to reoffend.

*Associated Press*

◆ ILLINOIS
### Judge Won't Subpoena Obama for Blagojevich Trial

A federal judge in Chicago refused to issue a subpoena for President Barack Obama to testify at former Illinois Gov. Rod Blagojevich's political-corruption trial.

U.S. District Judge James Zagel ruled Friday that lawyers for Mr. Blagojevich hadn't produced sufficient evidence that Mr. Obama would have anything material to say on the witness stand.

Defense attorneys had claimed that the president could shed light on charges that Mr. Blagojevich schemed to sell or trade Mr. Obama's former U.S. Senate seat.

Mr. Blagojevich has pleaded not guilty to the charges. The trial is set to start June 3.

*Associated Press*

## U.S. WATCH

◆ CRIME
### New Rules to Help Judges Determine Lenient Terms

New rules will make it easier for federal judges to consider criminal defendants' military service, age and mental and emotional conditions in determining more lenient prison sentences, a federal agency announced on Friday.

Defense lawyers and some judges cheered the move by the U.S. Sentencing Commission, which develops advisory guidelines that most federal judges use to calculate sentences. The commission had been considering updating the rules.

As a result of the changes, which take effect on Nov. 1, some defendants could receive a reduction of several months or several years, said Mauro Wolfe, a former federal prosecutor who is now a defense attorney in New York.

*Amir Efrati*

◆ TENNESSEE
### Lawmaker's Son Convicted In Palin Email Hacking

The son of a Democratic Tennessee lawmaker was convicted Friday on two charges in the hacking of Sarah Palin's email

