FILED

FEB - 3 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 05CR2137-LAB |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR ACCOUNTING** |
| vs. | |
| RANDALL HAROLD CUNNINGHAM, | |
| Defendant. | |

Sentenced prisoner Randall Cunningham has filed a motion seeking a "post-conviction accounting" of, among other things, "federal income taxes, penalties and interest as determined by [the] IRS on February 12, 2007." Although the motion does not comply with the Southern District of California Local Rules and is improperly filed, the Court orders the motion filed nonetheless.

The Court has reviewed Mr. Cunningham's motion and has determined no response from the United States is necessary. The motion is **DENIED**. Mr. Cunningham previously raised the issue of his federal income tax liability with this Court. In response, by letter dated August 4, 2010, the Court informed Mr. Cunningham that the federal income tax lien to which he is subject arose separately and completely apart from his restitution obligation for accepting bribes as a United States Congressman. As such, the income tax lien is not a matter within this Court's jurisdiction or concern. In contrast, the restitution ordered entered

by the Court and incorporated as part of the criminal judgment in this case was the product of plea negotiations between the defendant and the government. It is a settled, indisputable amount for which no accounting is required.

No further motion or correspondence from Mr. Cunningham relating to his federal income tax liability will be entertained by this Court.

**IT IS SO ORDERED.**

DATED: 2-3-11

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge