Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Khaldoun Shobaki (SBN 232864)
khaldoun.shobaki@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendant
Randall Harold Cunningham

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  05-CR-2137 (LAB) |
| Plaintiff, | |
| vs. | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT |
| RANDALL HAROLD CUNNINGHAM, | |
| Defendant. | |

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court is requested to grant Kirkland & Ellis LLP leave to withdraw as counsel of record for Defendant, Randall Cunningham.  A plea has been entered in this case, Defendant has been sentenced and he has no appeal pending.  This request will not adversely impact Defendant.  Further, Defendant and counsel have reached an impasse on matters of post-conviction legal strategy, such that it is unreasonably difficult for Kirkland to continue its representation.

Whether to allow an attorney to withdraw from representation is within the discretion of the court.  *See LaGrand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998).  "An attorney who has appeared may thereafter withdraw only upon notice to the defendant and all parties to the case, and an order of court finding that good cause exists and granting leave to withdraw."  CrimLR 44.1.  Because Defendant has been sentenced and the time for the exercise of any post-trial appellate rights has expired, no prejudice will arise from withdrawal.  Further, permissive withdrawal is authorized here because due to an impasse regarding post-conviction filings, it is unreasonably difficult for Kirkland & Ellis LLP to continue to represent Defendant.  Holscher Decl. ¶ 2; *see* Cal. R. of Prof. Conduct 3-700(C)(1)(d).

For the foregoing reasons, Kirkland & Ellis LLP respectfully requests that the Court issue an order granting it leave to withdraw as counsel of record for Defendant.

DATED:  April 4, 2011   KIRKLAND & ELLIS LLP

By:   s/ Mark Holscher
  Mark Holscher
Attorney for Defendant
Randall Harold Cunningham

1

MEM. OF P. & A. IN SUPP. OF MOT. TO WITHDRAW AS ATT'Y OF RECORD FOR DEF.