Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Khaldoun Shobaki (SBN 232864)
khaldoun.shobaki@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendant
Randall Harold Cunningham

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANDALL HAROLD CUNNINGHAM,<br><br>　　　　Defendant. | Case No.  05-CR-2137 (LAB)<br><br>DECLARATION OF MARK HOLSCHER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT |

## DECLARATION OF MARK HOLSCHER

I, Mark Holscher, do hereby declare:

1. I am an attorney licensed to practice in the State of California and a partner in the law firm of Kirkland & Ellis LLP, attorneys of record for Defendant Randall Harold Cunningham. This Declaration is made based upon matters within my own personal knowledge, which if called as a witness, I could competently testify thereto.

2. Kirkland & Ellis LLP seeks to withdraw as counsel for Defendant due to a breakdown of communication with Defendant. Without discussing privileged communications, Kirkland & Ellis LLP represents to the Court that a number of months ago it reached an impasse with Defendant that makes continued representation untenable, extremely burdensome and difficult.

3. Defendant will not be prejudiced by the withdrawal of Kirkland & Ellis LLP as his counsel of record because he has already been convicted and the time for appeal has passed.

4. I have provided notice to Defendant of Kirkland & Ellis LLP's intent to withdraw as counsel, pursuant to Local Criminal Rule 44.1. I will also timely provide him with a copy of the Motion to Withdraw and supporting documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 4, 2011, at Los Angeles, California.

                         s/ Mark Holscher