UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05-CR-2137 (LAB) |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| RANDALL HAROLD CUNNINGHAM, ) | |
| Defendant. ) | |

On April 4, 2011, Kirkland & Ellis LLP moved the Court for an order granting leave to withdraw as counsel of record for Defendant Randall Harold Cunningham. The Court, having considered the motion, and finding that good cause exists, hereby orders that the Motion to Withdraw is GRANTED. Kirkland & Ellis LLP is hereby relieved of any further representation of the Defendant in this matter.

**IT IS SO ORDERED.**

DATED: April 4, 2011

_____
Hon. Larry A. Burns
United States District Judge