Mark Holscher (SBN 139582)
mholscher@kirkland.com
Khaldoun Shobaki (SBN 232864)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Defendant
Randall Harold Cunningham

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  05-CR-2137 (LAB) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| RANDALL HAROLD CUNNINGHAM, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is Kirkland & Ellis LLP, 333 South Hope Street, Los Angeles, CA  90071.

On April 4, 2011, true and correct copies of the following documents were served to all counsel of record deemed to have consented to electronic service via the Court's CM/ECF system per General Order No. 550:

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT

DECLARATION OF MARK HOLSCHER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2011, at Los Angeles, California.


/s/ Mark Holscher

_____

Mark Holscher