# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
13 MAY 23 PM 2:30

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Larry A. Burns
FROM: D. Sutton                    , Deputy Clerk   RECEIVED DATE: 5/16/2013
CASE NO. 05CR2137-LAB          DOCUMENT FILED BY: Sharon L. Hoffman
CASE TITLE: USA v. Cunningham
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | No provision for acceptance; not a party to the case. |

Date Forwarded: 5/17/2013

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 5-22-13        CHAMBERS OF: The Honorable Larry A. Burns
cc: All Parties       By: [signature]

**REJECTED**                                              May 13, 2013

Dear C. Lopez,

The case number the enclosed letter refers to is: 05cr2137 – LAB.

I have added that information to the letter to Judge Burns. Neither my husband nor I are a party to the case, so I trust that our communication with the judge is acceptable.

Please let me know if you need any further information in order to process this document. I can be reached by telephone at 760-405-5046.

Thank you in advance,

*[signature]*
Sharon L. Hoffman


For your reference, there are several law-enforcement investigations (listed below) that were instigated as a result of the incident described in this letter which occurred. However, none of them were ever brought before the United States District Court.

**Original Sheriff's report**
Incident # 4798702
Officer John Kelleher (#2004)
11/25/2005

**Follow-up investigation by San Diego County Sheriffs**
#06048959
Officer David Cheever (#2050)
July 2006

**Internal affairs complaint**
#2006-164.2
August 2006

**Citizen's Law Enforcement Review Board (CLERB)**
#06-078
August 2006